B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Cool Power, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **11-3576684** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **10 Newton Place, Hauppauge, NY** ZIP Code **11788** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cool Power, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cool Power, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X _/s/ signed_____
Signature of Attorney for Debtor(s)
**C. Nathan Dee CD-9703**
Printed Name of Attorney for Debtor(s)
**Cullen and Dykman LLP**
Firm Name
**100 Quentin Roosevelt Blvd
Garden City, NY 11530**

Address

**516-357-3700**
Telephone Number
3/9/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ signed_____
Signature of Authorized Individual
**Alfons J. Schmider, Jr.**
Printed Name of Authorized Individual
**Member**
Title of Authorized Individual
3/9/2015
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF MEMBERS
## IN LIEU OF MEETING
## COOL POWER LLC

The undersigned members (the "**Members**") of COOL POWER LLC (the "**Company**"), hereby consent to the adoption of the following resolutions and authorize, approve, adopt and ratify such resolutions with the same force and effect as if they were approved at a duly constituted meeting of the members of the Company and direct that this Consent be filed in the minute book of the Company:

RESOLVED, that in the judgment of the Members of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and

RESOLVED, that the Members of the Company, acting alone or collectively be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Members be, and they hereby are, authorized and directed to employ the law firm of Cullen and Dykman LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Members are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Cullen and Dykman LLP; and

RESOLVED, that the Members be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Members are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Members of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

\* \* \* \*

IN WITNESS WHEREOF the undersigned have executed this consent as of the \_\_\_\_ day of \_\_1/26\_\_\_\_\_, 2015.

_____
ALFONS J. SCHMIDER
Member

_____
PETER TAORMINA
Member

# United States Bankruptcy Court
### Eastern District of New York

In re   Cool Power, LLC
                                                    Debtor(s)

Case No. _____
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **3/9/2015**

_signature_  member
Alfons J. Schmider, Jr./Member
Signer/Title

Date:  **3/9/2015**

Signature of Attorney
C. Nathan Dee CD-9703
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd
Garden City, NY 11530
516-357-3700

A-1 Tank Removal
& Installation
24 Milton Road
Babylon, NY 11702


A.D.E.
19 Wilbur Street
Lynbrook, NY 11563


Abco Refrigeration
33 Central Avenue
Hauppauge, NY 11788


Ace Drafting, Inc.
220 Fort Salonga Road
Suite 301E
Northport, NY 11768


Advantage Cleaning
Services
214 Avenue A
Ronkonkoma, NY 11779


Airweld Inc.
94 Marine Street
Farmingdale, NY 11735


Alfons J. Schmider, Jr.
c/o Cool Power LLC
10 Newton Place
Hauppauge, NY 11788


Alfons J. Schmider, Jr.
c/o Cool Power, LLC
10 Newton Place
Hauppauge, NY 11788


All American Hardware
678 Motor Parkway
Hauppauge, NY 11788


All American Mobile
700 Motor Parkway
Hauppauge, NY 11788

Amica Mutual Insur. Co.
c/o Feldman & Feldman LLP
811 W. Jericho Tpk.
Suite 201W
Smithtown, NY 11787


Amtrust North America,
Inc.
P.O. Box 318004
Cleveland, OH 44131-0480


Applied Technologies,
Inc.
90 Plant Avenue S #110
Hauppauge, NY 11788


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


B&F Electric Motors Inc.
135 Schmitt Boulevard
Farmingdale, NY 11735


Bank of America, N.A.
P.O. Box 15796
Wilmington, DE 19886-5796


Bank of America, N.A.
P.O. Box 15796
Wilmington, DE 19886-5796


Best Way Maintenance Inc.
39 Sepertine Lane
Levittown, NY 11756


Blackman Plumbing Supply
900 Sylvan Avenue
Bayport, NY 11705


Bright Side Electrical
Service
17 Baylis Avenue
Port Jefferson, NY 11777

Broadview Networks
P.O. Box 9242
Uniondale, NY 11555-9242


Cablevision
P.O. Box 371378
Pittsburgh, PA 15250-7378


Cambridge Engineering
Inc.
8429 Solution Center
Chicago, IL 60677-8004


Capital One
P.O. Box 70884
Charlotte, NC 28272-0884


Casola Well Drillers
1402 Montauk Highway
Mastic, NY 11950


CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723


Chase
P.O. Box 78035
Phoenix, AZ 85062-8035


Chase Auto Finance
P.O. Box 78068
Phoenix, AZ 85062-8068


Commerce Hub
255 Fuller Road
Albany, NY 12203


Commercials on Hold
4550 Arkwright Road
Macon, GA 31210


East Coast Filters
80 Modular Avenue
Commack, NY 11725

ECNY Electric
1 Coligni Avenue
New Rochelle, NY 10801


Energy Wise
P.O. Box 1228
Jamesport, NY 11947


Enertech Mfg.
2506 S. Elm Street
Greenville, IL 62246


Englert Inc.
45 Dixon Avenue
Amityville, NY 11701


F & M Printing
110 Lake Avenue South
Suite 31
Nesconset, NY 11767


Fatcow
10 Corporate Drive
Suite 300
Burlington, MA 01803


Ferguson Enterprises,
Inc.
57-22 49th Street
Attn:  Maria
Maspeth, NY 11378


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


G.C.G. Risk Management
Inc.
100 Church Street
Suite 810
New York, NY 10007


GE Capital
P.O. Box 642111
Pittsburgh, PA 15264

Grainger
Dept. 818780900
Palatine, IL 60038-0001

Group Thermo Inc.
P.O. Box 1082
Pottstown, PA 19464

Guardian Insurance
7 Hanover Square
New York, NY 10004

Home Depot Credit
Services
PO Box 689100
Des Moines, IA 50368-9100

John Belzner
c/o Frank M. Maffei, Jr.
Jakubowski, Robertson
969 Jericho Tpk.
Saint James, NY 11780

KLM Insulation, Inc.
58 Hillside Avenue
Manhasset, NY 11030

L.F.G. Rigging
94 Coconut Street
Brentwood, NY 11717

Lennox Industries Inc.
2100 Lake Park Blvd.
Richardson, TX 75080

Marcone Appliance
Parts B177
P.O. Box 790120
Saint Louis, MO 63179-0120

Metal Masters
2090 Fifth Avenue
Ronkonkoma, NY 11779

Midtown Masonry, Inc.
261-C Suburban Avenue
Deer Park, NY 11729


National Grid
One MetroTech Center
Brooklyn, NY 11201-3948


NEFCU
1000 Corporate Drive
Westbury, NY 11590


Neopost USA Inc.
415 Oser Avenue Ste. K
Hauppauge, NY 11788-3910


OKIN-WALLACK Corp.
65 South Columbus Avenue
Freeport, NY 11520


Olympia Fuel Oil & Gas
Service
118-17 15th Avenue
College Point, NY 11356


Optimum
1111 Stewart Avenue
Bethpage, NY 11714-3581


Oxford Health Plans
P.O. Box 7081
Bridgeport, CT 06601-7081


Paraco Gas
Sycamore Square S#10
2510 Route 44
Salt Point, NY 12578


Patrice Belzer
c/o Frank Tinari, Esq.
320 Carleton Avenue
Suite 6800
Central Islip, NY 11722

Pauls Auto
91A Moffitt Blvd.
Bay Shore, NY 11706


Paychex, Inc.
911 Panorama Trail S.
Rochester, NY 14625


Peter Taormina
c/o Cool Power, LLC
10 Newton Place
Hauppauge, NY 11788


Peter Taormina
c/o Cool Power, LLC
10 Newton Place
Hauppauge, NY 11788


PSEGLI
P.O. Box 9039
Hicksville, NY 11802-9039


PVI Industries, LLC
3209 Galvez Avenue
Fort Worth, TX 76111


Robena Properties
125 Commerce Drive
Hauppauge, NY 11788


Robena Properties, Inc.
125 Commerce Drive
Hauppauge, NY 11788


S.W. Anderson
63 Daniel Street
Farmingdale, NY 11735


Schwing Electric
P.O. Box 69
Farmingdale, NY 11735

Service Experts Alliance, LLC
3820 American Drive
Suite 200
Plano, TX 75075


Sid Harvey Industries Inc.
605 Locust Street
Garden City, NY 11530


State Insurance Fund
328 State Street
Schenectady, NY 12305-2318


Total Funds by Hasler
P.O. Box 30193
Tampa, FL 33630-3193


TWINCO Supply Corp.
55 Craven Street
Huntington Station, NY 11746


Unique Sanitation Co., Inc.
35 Date Street
West Babylon, NY 11704


Wallwork Group
80 13th Avenue
Ronkonkoma, NY 11779


WESCO Distribution, Inc.
P.O. Box 825089
Philadelphia, PA 19182-5089


Wild, Maney & Resnick, LLP
20 Crossways Park North
Suite 412
Woodbury, NY 11797-2007


York International Corp.
Unitary Products Group
P.O. Box 30671
New York, NY 10087-0671