B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Cool Power, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Abco Refrigeration<br>33 Central Avenue<br>Hauppauge, NY 11788 | Abco Refrigeration<br>33 Central Avenue<br>Hauppauge, NY 11788 | Trade Debt | | 7,186.25 |
| All American Mobile<br>700 Motor Parkway<br>Hauppauge, NY 11788 | All American Mobile<br>700 Motor Parkway<br>Hauppauge, NY 11788 | Trade Debt - Auto Repairs | | 9,664.35 |
| Amica Mutual Insur. Co.<br>c/o Feldman & Feldman LLP<br>811 W. Jericho Tpk.<br>Suite 201W<br>Smithtown, NY 11787 | Amica Mutual Insur. Co.<br>c/o Feldman & Feldman LLP<br>811 W. Jericho Tpk.<br>Smithtown, NY 11787 | Insurance Claim | | 25,545.60 |
| B&F Electric Motors Inc.<br>135 Schmitt Boulevard<br>Farmingdale, NY 11735 | B&F Electric Motors Inc.<br>135 Schmitt Boulevard<br>Farmingdale, NY 11735 | Trade Debt | | 6,714.15 |
| Bank of America, N.A.<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Bank of America, N.A.<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Trade Debt - Credit Card | | 9,364.91 |
| Bank of America, N.A.<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Bank of America, N.A.<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Line of Credit | | 64,144.96 |
| Blackman Plumbing Supply<br>900 Sylvan Avenue<br>Bayport, NY 11705 | Blackman Plumbing Supply<br>900 Sylvan Avenue<br>Bayport, NY 11705 | Trade Debt | | 158,000.00 |
| Chase<br>P.O. Box 78035<br>Phoenix, AZ 85062-8035 | Chase<br>P.O. Box 78035<br>Phoenix, AZ 85062-8035 | Avalanche Auto Loan Balance | | 14,448.00 |
| ECNY Electric<br>1 Coligni Avenue<br>New Rochelle, NY 10801 | ECNY Electric<br>1 Coligni Avenue<br>New Rochelle, NY 10801 | Trade Debt - Subcontractor | | 9,156.00 |
| Energy Wise<br>P.O. Box 1228<br>Jamesport, NY 11947 | Energy Wise<br>P.O. Box 1228<br>Jamesport, NY 11947 | Trade Debt | | 6,685.00 |
| Ferguson Enterprises, Inc.<br>57-22 49th Street<br>Attn: Maria<br>Maspeth, NY 11378 | Ferguson Enterprises, Inc.<br>57-22 49th Street<br>Maspeth, NY 11378 | Trade Debt | | 181,890.25 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cool Power, LLC**                                                           Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ford Credit<br>P.O. Box 220564<br>Pittsburgh, PA 15257-2564 | Ford Credit<br>P.O. Box 220564<br>Pittsburgh, PA 15257-2564 | Trade Debt - Auto Loan Balance | Disputed | 8,120.00 |
| Grainger<br>Dept. 818780900<br>Palatine, IL 60038-0001 | Grainger<br>Dept. 818780900<br>Palatine, IL 60038-0001 | Trade Debt | | 7,154.10 |
| Lennox Industries Inc.<br>2100 Lake Park Blvd.<br>Richardson, TX 75080 | Lennox Industries Inc.<br>2100 Lake Park Blvd.<br>Richardson, TX 75080 | Trade Debt | | 104,254.85 |
| Metal Masters<br>2090 Fifth Avenue<br>Ronkonkoma, NY 11779 | Metal Masters<br>2090 Fifth Avenue<br>Ronkonkoma, NY 11779 | Trade Debt | | 20,158.18 |
| Midtown Masonry, Inc.<br>261-C Suburban Avenue<br>Deer Park, NY 11729 | Midtown Masonry, Inc.<br>261-C Suburban Avenue<br>Deer Park, NY 11729 | Trade Debt - Subcontractor | | 15,030.75 |
| Olympia Fuel Oil & Gas Service<br>118-17 15th Avenue<br>College Point, NY 11356 | Olympia Fuel Oil & Gas Service<br>118-17 15th Avenue<br>College Point, NY 11356 | Trade Debt | | 6,800.00 |
| Oxford Health Plans<br>P.O. Box 7081<br>Bridgeport, CT 06601-7081 | Oxford Health Plans<br>P.O. Box 7081<br>Bridgeport, CT 06601-7081 | Trade Debt - Employee Insurance | | 17,857.31 |
| S.W. Anderson<br>63 Daniel Street<br>Farmingdale, NY 11735 | S.W. Anderson<br>63 Daniel Street<br>Farmingdale, NY 11735 | Trade Debt | | 255,175.10 |
| Service Experts Alliance, LLC<br>3820 American Drive<br>Suite 200<br>Plano, TX 75075 | Service Experts Alliance, LLC<br>3820 American Drive<br>Plano, TX 75075 | October 28, 2004 and December 2, 2004 Subordinated Promissory Notes | | 2,280,467.95 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **3/9/2015**                     Signature   *[signed]* member

                                                                   **Alfons J. Schmider, Jr.**
                                                                     Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.